IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PHILLIP DEWAYNE STEWART**                                                      **PETITIONER**

V.                         Case No.:  **4:21-CV-00925-LPR-ERE**

**ARKANSAS DEPARTMENT
OF CORRECTION**                                                                   **RESPONDENT**

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the petition is denied without prejudice.  This case is closed.

IT IS SO ADJUDGED this 10th day of December 2021.

                                                                                        _____
                                                                                        LEE P. RUDOFSKY
                                                                                        UNITED STATES DISTRICT JUDGE